**Jack Rabbit Slims**
8028 W National

4143448117

Christopher.surges@usbank.com

12/8/2016

Surges, Christopher D
Jack Rabbit Slims
8028 W National Ave

CC/BCC Block: United States District Court

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2016 DEC 15  A 11: 47

W. SANFILIPPO, CLERK
MAIL-REC'D

Attn: Timothy P. Maynard

In response to Civil Action No. 16-cv-1482, JRSLIMS LLC and Christopher Surges will amend its answer via counsel. The defendant in this case requests that the court extend the filing date to this motion beyond the required 21 days such that the defendant may retain legal counsel and review with said counsel the facts of this case.

Christopher Surges
*/s/ Christopher Surges*
Owner
Jack Rabbit Slims